UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS ERDMAN,
   Plaintiff,

v.　　　　　　　　　　　　　　　**JUDGMENT**
　　　　　　　　　　　　　　　　No. 5:16-CV-903-FL
FLEETCOR TECHNOLOGIES, INC.,
   Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2019, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on April 5, 2019, and Copies To:**
Joshua M. Krasner (via CM/ECF Notice of Electronic Filing)
William P. Barrett (via CM/ECF Notice of Electronic Filing)
Nathan Andrew Huff (via CM/ECF Notice of Electronic Filing)
Susan W. Furr (via CM/ECF Notice of Electronic Filing)

April 5, 2019　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　/s/ Susan W. Tripp
　　　　　　　　　　　　(By) Susan W. Tripp, Deputy Clerk